SENECA LOYAL NEAL
REG. NO. 36074-086
FCI SAFFORD
FEDERAL CORR. INSTITUTION
P.O. BOX 9000
SAFFORD, AZ 85548

February 24, 2026

Ms. Candice M. Duncan
Clerk of Court
U.S. District Court
District of Alaska
101 12th Avenue, Rm 332
Fairbanks, AK 99701

> RE:    *Neal v. United States*
>        Crim No. 4:14-cr-00027-RRB-1

Dear Ms. Duncan:

Enclosed please find and accept for filing Movant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) and First Step Act of 2018. Please submit this document to the Court.

Thank you for your assistance in this matter.

Sincerely,

SENECA LOYAL NEAL
Appearing *Pro Se*

*Encl. as noted*