# RESULT

## FILTER SELECTED:

| | |
|---|---|
| **Guideline:** | §2D1.1 |
| **Drug:** | Heroin |
| **Final Offense level:** | 34 |
| **Criminal History Category:** | V |
| **Guideline Range:** | 235-293 |

Export Result to Word

## FEDERAL DEFENDANTS IN SELECTED CELL

During the last five fiscal years (FY2020-2024), there was an insufficient number of defendants (1) whose primary guideline was §2D1.1 and Heroin was the primary drug type, with a Final Offense Level of 34 and a Criminal History Category of V, after excluding defendants who received a §5K1.1 substantial assistance departure; and (2) who received a sentence of imprisonment in whole or in part.

Case 4:14-cr-00027-RRB     Document 339-2     Filed 04/05/26     Page 1 of 1