# RESULT

## FILTER SELECTED:

| | |
|---|---|
| **Guideline:** | §2D1.1 |
| **Drug:** | Heroin |
| **Final Offense level:** | 33 |
| **Criminal History Category:** | V |
| **Guideline Range:** | 210-262 |

Export Result to Word

## FEDERAL DEFENDANTS IN SELECTED CELL

During the last five fiscal years (FY2020-2024), there were 7 defendants whose primary guideline was §2D1.1 and Heroin was the primary drug type, with a Final Offense Level of 33 and a Criminal History Category of V, after excluding defendants who received a §5K1.1 substantial assistance departure. For the 7 defendants (100%) who received a sentence of imprisonment in whole or in part, the average length of imprisonment imposed was 179 month(s) and the median length of imprisonment imposed was 180 month(s).

The sentencing data provided does not reflect the Commission's recommendation regarding the appropriate sentence to be imposed or represent the Commission's official position on any issue or case. Nor does the information provided reflect the Commission's position regarding the weight to be given, if any, to the above sentencing information in a court's determination of the appropriate sentence to be imposed.

If the court does consider the above sentencing information as part of its consideration of the factors in 18 U.S.C. § 3553(a) in imposing sentence, it should do so only after considering the properly calculated guideline range and any applicable departures provided for in the Guidelines Manual.