IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SENECA LOYAL NEAL,

    Defendant.

Case No. 4:14-cr-00027-RRB

**ORDER DENYING
PENDING MOTIONS**

Before the Court is Defendant, Seneca Loyal Neal, with two motions. The first, at Docket 341, is a Motion for Reconsideration and to Vacate Order Denying Compassionate Release at Docket 340, and the second, at Docket 342, is a Motion for Sentence Reduction Based on the First Step act and Sentence Disparity. The Government submitted its opposition to both motions at Docket 344.

Initially, the Court must deny the Motion for Reconsideration because Defendant has not shown manifest error of law or fact as to the Court's order at Docket 340. The order itself adequately addressed all the issues and Defendant has not raised anything new or erroneous about the aforesaid order.

With regard to the Motion for Sentence Reduction Based on the First Step Act and Sentence Disparity, the Court previously elected to address the impact of the First

Step Act separately to allow the parties to address the issue more thoroughly.  This now has been done by way off the instant motion at Docket 342.

After considering all the above, the Court finds that Defendant did not receive an unusually long sentence given the offense of conviction and his extensive criminal history.  Nor does the Court find that the change in the mandatory minimum sentence from twenty to fifteen years resulted in a gross disparity between the sentence Defendant received in 2016 and a sentence he would receive today.  Moreover, the Court cannot find that an extraordinary or compelling reason exists for compassionate release or that the relevant sentencing factors support early release.

Therefore, for these reasons, as well as for all the reasons set forth by the Government, both the aforesaid motions are hereby DENIED.

DATED this 26th day of May, 2026, at Anchorage, Alaska.

/s/ Ralph R. Beistline
RALPH R. BEISTLINE
Senior United States District Judge